# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Paul Zilioli          **Case Number:** 10-19044          **Ch:** 7

**Matter:**
   #19 Motion filed by Debtor Paul Zilioli Jr. to Extend Time for Credit Counseling  (Van Dam, Michael)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                              Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__19__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Motion denied.  The debtors have failed to demonstrate that they requested but were unable to obtain credit counseling services during the 5-day period beginning on the date on which they made the request.  See 11 U.S.C. § 109(h)(3)(A)(ii).  Case Dismissed.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   *William C. Hillman* (signature)    Dated: 09/02/2010
_____             _____
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge